# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

J. TRENT MOSBY,

        Plaintiff,


v.                              **ORDER**
                              Civil File No. 08-216 (MJD/FLN)



NATIONAL TOXICOLOGY LABS, INC.,

        Defendant.

_____

J. Trent Mosby, pro se.

Richard A. Lind, Lind Jensen Sullivan & Peterson, PA, Counsel for Defendant.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel filed June 9, 2008.  [Docket No. 11]  Plaintiff J. Trent Mosby filed objections to the Report and Recommendation.  Pursuant to statute, the Court has conducted a de novo review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).

As the Report and Recommendation correctly noted, if, in a case removed

based on diversity jurisdiction, a plaintiff files a stipulation to clarify that the

amount of damages sought in the complaint is below $75,000, the Court will

remand the matter to state court.  <u>Dyrda v. Wal-Mart Stores, Inc.</u>, 41 F. Supp. 2d

943, 946 (D. Minn. 1999).  Mosby has now filed an appropriate stipulation

[Docket No. 13], to which Defendant does not object [Docket No. 17].  Therefore,

the Court will not adopt the Report and Recommendation and will remand this

matter to state court.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that:

1.   The Court declines to adopt the Magistrate Judge's Report and
     Recommendation filed June 9, 2008 [Docket No. 11].

2.   Plaintiff's Motion for Remand [Docket No. 3] is **GRANTED**.

3.   This matter is **REMANDED** to the District Court for the Third
     Judicial District, Olmsted County, Minnesota.

Dated:  July 13, 2008                          s / Michael J. Davis
                                               Michael J. Davis
                                               Chief Judge
                                               United States District Court

2